**94–1296.** State ex rel. Charter v. McAvich. In Habeas Corpus. *Sua sponte,* cause dismissed. MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1408.** Amer Cunningham Brennan Co. v. McNeely. *Summit County,* No. 16361. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
A.W. SWEENEY, DOUGLAS, WRIGHT and F.E. SWEENEY, JJ., concur.
MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**94–1457.** Gullia v. Gullia. *Cuyahoga County,* Nos. 60335, 60498 and 61704. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B) and *Whitelock v. Gilbane Bldg. Co.* (1993), 66 Ohio St.3d 594, 613 N.E.2d 1032, paragraph two of the syllabus. This cause is therefore dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

# MOTION DOCKET

**93–111.** Williams v. O'Brien. *Montgomery County,* No. 12344. *Sua sponte,* this cause is to be briefed on the merits and set for oral argument.

**93–1698.** State ex rel. Dayton Walther Corp. v. Indus. Comm. *Franklin County,* No. 92AP–1216. On request for oral argument. Request denied.

**93–1726.** State ex rel. Unger v. Indus. Comm. *Franklin County,* No. 92AP–755. On request for oral argument. Request denied.

**93–1890.** State ex rel. Erico Products, Inc. v. Indus. Comm. *Franklin County,* No. 92AP–613. On request for oral argument. Request denied.

**93–2105.** State ex rel. Singleton v. Indus. Comm. *Franklin County,* No. 92AP–1581. On request for oral argument. Request denied.

**94–104.** Martin v. Roeder. *Marion County,* No. 9–93–44. On motion for Civ.R. 60(B)(1) relief. Motion denied.

**94–372.** State v. Joseph. *Allen County,* No. 1–91–11. On motion to supplement the record. Motion granted.
F.E. SWEENEY, J., dissents.

**94–409.** Scioto Mem. Hosp. Assn., Inc. v. Price Waterhouse & Co. *Franklin County,* No. 90AP–1124. On motion to exceed page limit. Motion denied. On motion to supplement the record. Motion granted.
A.W. SWEENEY, F.E. SWEENEY and PFEIFER, JJ., dissent.

**94–412.** Buchman v. Wayne Trace Local School Dist. Bd. of Edn. *Paulding County,* No. 11–92–11. On motion to strike. Motion denied.
MOYER, C.J., would strike Proposition of Law No. 4 of the merit brief.
F.E. SWEENEY, J., dissents.

**94–431.** SFA Folio Collections, Inc. v. Tracy. Board of Tax Appeals, No. 91–K–295. On motion for admission *pro hac vice* of George S. Isaacson, Martin I. Eisenstein, and David W. Bertoni. Motion granted.

**94–503.** State ex rel. Graves v. Callahan. *Cuyahoga County,* No. 66400. On motion for relief from judgment and order to file appellant's brief. Motion denied.